**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00283-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LIONEL FERREL,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on defendant's **Motion Requesting Reconsideration of Minute** Order [#74] filed by defendant on January 15, 2009. The motion is **DENIED**. Court records reflect that Mr. Lozow is remains as counsel of record in this matter, no motion to withdraw has been filed.

    Dated: January 15, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.