IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 07-cr-00283-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LIONEL FERREL,

 Defendant.

---

## ORDER OF RECUSAL

---

 THIS MATTER arises *sua sponte*.

 The undersigned Judge finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES, which require his recusal in this matter. The Office of the Federal Public Defender represented Mr. Ferrel and filed a Notice of Disposition in the underlying case. Although the Habeas petition is not directed to the Federal Public Defender, but rather to retained counsel who replaced the Federal Public Defender, the Court still has both direct and definitive knowledge about the case such that it would be inappropriate for it to remain before this Judge since he was the Federal Public Defender at the time that this individual was represented. Accordingly, it is hereby

ORDERED that the undersigned Judge recuses himself from hearing this matter. The Judge's file for this matter shall be returned to the Clerk's office for the case to be reassigned by random draw.

Dated this 9th day of May, 2013.

BY THE COURT:

Raymond P. Moore
United States District Judge