IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00283-REB
(Civil Action No. 11-cv-01842-REB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LIONEL FERREL,

      Defendant.
_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#106], filed February 3, 2014, the following Judgment is hereby entered:

1. That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" [#98] filed July 15, 2011, is DENIED; and

2. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED.

3. The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this ___4th___ day of February 2014.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: _s/ Edward P. Butler_____
                                   Edward P. Butler, Deputy Clerk